# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:11-cv-060-FDW-DSC

| | |
|---|---|
| JEFFREY R. STEC, | ) |
|       Plaintiff, | ) |
| vs. | )     **ORDER** |
| FUZION INVESTMENT CAPITAL, LLC, et al., | ) |
|       Defendants. | ) |

THIS MATTER is before the Court *sua sponte* regarding memoranda in support and in opposition to Plaintiff's pending Motion for Preliminary Injunction. (Doc. No. 4). A preliminary injunction hearing has been set for March 1, 2011. Plaintiff will be given an opportunity to submit a memorandum in support of his motion, which should be entered within five (5) days of the date of this Order, or by Friday, February 18, 2011. Defendant will likewise have an opportunity to submit a memorandum in opposition to Plaintiff's motion, which will be due within seven (7) days of submission of Plaintiff's memorandum, or by Friday, February 25, 2011. Pursuant to § 3(c)(i) of this Court's Standing Civil Case Management Order (3:07-mc-47, Doc. No. 2-5), the parties' memoranda should not exceed 3,000 words.

IT IS SO ORDERED.

Signed: February 14, 2011

Frank D. Whitney
United States District Judge