UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-060-FDW-DSC

| | |
|---|---|
| JEFFREY R. STEC, ) ) **Plaintiff,** ) ) vs. ) ) FUZION INVESTMENT CAPITAL, LLC, ) FUZION CAPITAL, LLC, FUZION ) CAPTIAL HOLDINGS, LLC, EDWARD F. ) SAMPSON, SAMPSON FAMILY TRUST, ) RON POLISENO, MICHELLE ) MICHAEL, JOHN MICHAEL, and ) ALLSTATE FINANCIAL GROUP, ) ) **Defendants.** ) ) | **ORDER** |

THIS MATTER is before the Court on Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. (Doc. No. 11). After reviewing the record, the Court has *sua sponte* determined that this matter is part of a previously filed case in the United States Bankruptcy Court for the Western District of North Carolina. The Court therefore orders that this matter be referred in its entirety to the Bankruptcy Court for the Western District of North Carolina and consolidated with Case Number 10-51150.

IT IS SO ORDERED.

Signed: February 15, 2011

Frank D. Whitney
United States District Judge